# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **ROBERT DEWAYNE JOHNSON** | * | **DOCKET NO. 17-0862** |
| | | **SECTION P** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [Doc. No. 1], is hereby **DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 7th day of September, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE